**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 865 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA BOARD OF LAW EXAMINERS | : : : | SUPREME COURT RULES DOCKET |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of January, 2021, Stewart L. Cohen, Esquire, is hereby designated as Chair, and Kezia O. L. Taylor, Esquire, as Vice-Chair, of the Pennsylvania Board of Law Examiners, commencing April 1, 2021.